Harry L. SUTHERLAND, Appellant, v. W. J. McINNES, Receiver, etc., Appellee.

(Circuit Court of Appeals, Eighth Circuit. August 7, 1926.)

No. 7218.

Appeal from the District Court of the United States for the District of New Mexico; Colin Neblett, Judge.

Tomlinson Fort, of Roswell, N. M. (Hiram M. Dow, of Roswell, N. M., on the brief), for appellant.

R. D. Bowers, of Hagerstown, Md., for appellee.

Before SANBORN, Circuit Judge, and WOODROUGH and SCOTT, District Judges.

WOODROUGH, District Judge. The considerations which compel an affirmance in the case of Nicholas Brill v. McInnes, Receiver (No. 7217) 14 F.(2d) 306, result in an affirmance in this case; and it is so ordered.